Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

Home Depot USA Inc.,

   Plaintiff,

v.               **S U M M O N S**

United States,

   Defendant.         Ct. No. 24-cv-00068

**TO**: The Attorney General and the Secretary of Homeland Security:

  **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



           /s/ Mario Toscano
           Clerk of the Court

## PROTEST

| | |
|---|---|
| Port of Entry: Tacoma | Center (if known): Consumer Products and Mass Merchandising |
| Protest Number: 2704-17-103322 | Date Protest Filed: September 6, 2027 |
| Importer: Home Depot USA Inc. | Date Protest Denied: October 2, 2023 |
| Category of Merchandise: Pop Up Canopies | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 23120604454 | 6/10/2016 | 4/21/2017 | 23120675314 | 7/7/2016 | 5/19/2017 |
| 23120626911 | 6/20/2016 | 5/5/2017 | 23120842971 | 9/8/2016 | 7/21/2017 |
| 23120626960 | 6/21/2016 | 5/5/2017 | | | |

**Please see attached continuation sheet for protest on Form 1-3.**

          **William R. Rucker**
          **Faegre Drinker Biddle & Reath**
          **320 S. Canal Street, Ste. 3300**
          **Chicago, IL 60606-5707**
          **(312) 569-1000**
          randy.rucker@faegredrinker.com

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Pop Up Canopies | 6307.90.9889 | 7.0% | 7308.90.9590<br>7326.90.8588 | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

    Tariff Classification - The subject merchandise is properly classified under HTSUS subheading 7308.90.9590 or 7326.90.8588

The issue which was common to all such denied protests:

    The identified tariff classification issue was common to all denied protests.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

    _____/s/ William R. Rucker_____
    *Signature of Plaintiff's Attorney*


    _____3/29/2024_____
    *Date*

Form 1-3

## SCHEDULE OF PROTESTS

### Consumer Products and Mass Merchandising
Center (if known)

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 1703 | 1703-17-100915 | 23120898262 | 10/2/2016 | 8/18/2017 | 9/6/2017 | 10/2/2023 |
| 5301 | 1703-17-100915 | 23120903781 | 10/2/2016 | 8/18/2017 | 9/6/2017 | 10/2/2023 |
| 4601 | 1703-17-100915 | 23120910703 | 10/4/2016 | 8/18/2017 | 9/6/2017 | 10/2/2023 |
| 3001 | 1703-17-100915 | 23120927830 | 10/5/2016 | 8/25/2017 | 9/6/2017 | 10/2/2023 |
| 1703 | 1703-17-100915 | 23120939553 | 10/17/2016 | 9/1/2017 | 9/6/2017 | 10/2/2023 |
| 2809 | 1703-17-100915 | 23120954537 | 10/24/2016 | 9/1/2017 | 9/6/2017 | 10/2/2023 |
| 2809 | 1703-17-100915 | 23120962589 | 11/1/2016 | 9/1/2017 | 9/6/2017 | 10/2/2023 |
| 2704 | 2704-17-103322 | 23120511469 | 5/2/2016 | 3/17/2017 | 9/6/2017 | 10/2/2023 |
| 2704 | 2704-17-103322 | 23120517870 | 5/5/2016 | 3/17/2017 | 9/6/2017 | 10/2/2023 |
| 2704 | 2704-17-103322 | 23120517987 | 5/4/2016 | 3/17/2017 | 9/6/2017 | 10/2/2023 |
| 1703 | 2704-17-103322 | 23120570366 | 5/26/2016 | 4/7/2017 | 9/6/2017 | 10/2/2023 |
| 1703 | 2704-17-103322 | 23120570432 | 5/26/2016 | 4/7/2017 | 9/6/2017 | 10/2/2023 |
| 2704 | 2704-17-103322 | 23120611624 | 6/13/2016 | 4/28/2017 | 9/6/2017 | 10/2/2023 |
| 2704 | 2704-17-103322 | 23120611715 | 6/12/2016 | 4/28/2017 | 9/6/2017 | 10/2/2023 |
| 2704 | 2704-17-103322 | 23120617571 | 6/12/2016 | 4/28/2017 | 9/6/2017 | 10/2/2023 |
| 2704 | 2704-17-103322 | 23120618058 | 6/16/2016 | 4/28/2017 | 9/6/2017 | 10/2/2023 |
| 2704 | 2704-17-103322 | 23120618165 | 6/16/2016 | 4/28/2017 | 9/6/2017 | 10/2/2023 |
| 2809 | 2704-17-103322 | 23120646653 | 6/28/2016 | 5/12/2017 | 9/6/2017 | 10/2/2023 |
| 4601 | 2704-17-103322 | 23120649442 | 6/29/2016 | 5/12/2017 | 9/6/2017 | 10/2/2023 |
| 5301 | 2704-17-103322 | 23120649954 | 6/29/2016 | 5/12/2017 | 9/6/2017 | 10/2/2023 |
| 1401 | 2704-17-103322 | 23120657270 | 7/2/2016 | 5/12/2017 | 9/6/2017 | 10/2/2023 |
| 1703 | 2704-17-103322 | 23120664045 | 7/6/2016 | 5/19/2017 | 9/6/2017 | 10/2/2023 |
| 1703 | 2704-17-103322 | 23120664169 | 7/6/2016 | 5/19/2017 | 9/6/2017 | 10/2/2023 |
| 4601 | 2704-17-103322 | 23120666420 | 7/6/2016 | 5/19/2017 | 9/6/2017 | 10/2/2023 |
| 4601 | 2704-17-103322 | 23120666859 | 7/6/2016 | 5/19/2017 | 9/6/2017 | 10/2/2023 |
| 1401 | 2704-17-103322 | 23120674796 | 7/10/2016 | 5/26/2017 | 9/6/2017 | 10/2/2023 |

Form 1-4

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 1703 | 2704-17-103322 | 23120674879 | 7/10/2016 | 5/26/2017 | 9/6/2017 | 10/2/2023 |
| 1703 | 2704-17-103322 | 23120674911 | 7/11/2016 | 5/26/2017 | 9/6/2017 | 10/2/2023 |
| 1703 | 2704-17-103322 | 23120674945 | 7/10/2016 | 5/26/2017 | 9/6/2017 | 10/2/2023 |
| 1703 | 2704-17-103322 | 23120674978 | 7/11/2016 | 5/26/2017 | 9/6/2017 | 10/2/2023 |
| 3901 | 2704-17-103322 | 23120678474 | 7/15/2016 | 6/2/2017 | 9/6/2017 | 10/2/2023 |
| 3901 | 2704-17-103322 | 23120678482 | 7/15/2016 | 5/26/2017 | 9/6/2017 | 10/2/2023 |
| 2704 | 2704-17-103322 | 23120680496 | 7/3/2016 | 5/19/2017 | 9/6/2017 | 10/2/2023 |
| 1703 | 2704-17-103322 | 23120681312 | 7/12/2016 | 5/26/2017 | 9/6/2017 | 10/2/2023 |
| 4601 | 2704-17-103322 | 23120681429 | 7/12/2016 | 5/26/2017 | 9/6/2017 | 10/2/2023 |
| 4601 | 2704-17-103322 | 23120681718 | 7/12/2016 | 5/5/2017 | 9/6/2017 | 10/2/2023 |
| 2704 | 2704-17-103322 | 23120687194 | 7/14/2016 | 5/26/2017 | 9/6/2017 | 10/2/2023 |
| 2704 | 2704-17-103322 | 23120687343 | 7/10/2016 | 5/26/2017 | 9/6/2017 | 10/2/2023 |
| 4601 | 2704-17-103322 | 23120696930 | 7/19/2016 | 6/2/2017 | 9/6/2017 | 10/2/2023 |
| 4601 | 2704-17-103322 | 23120696989 | 7/19/2016 | 6/2/2017 | 9/6/2017 | 10/2/2023 |
| 2809 | 2704-17-103322 | 23120697037 | 7/19/2016 | 6/2/2017 | 9/6/2017 | 10/2/2023 |
| 1703 | 2704-17-103322 | 23120704213 | 7/21/2016 | 6/2/2017 | 9/6/2017 | 10/2/2023 |
| 1703 | 2704-17-103322 | 23120704221 | 7/21/2016 | 6/2/2017 | 9/6/2017 | 10/2/2023 |
| 1703 | 2704-17-103322 | 23120727123 | 7/31/2016 | 6/16/2017 | 9/6/2017 | 10/2/2023 |
| 5301 | 2704-17-103322 | 23120760462 | 8/14/2016 | 6/30/2017 | 9/6/2017 | 10/2/2023 |
| 2704 | 2704-17-103322 | 23120827378 | 9/6/2016 | 7/21/2017 | 9/6/2017 | 10/2/2023 |
| 2704 | 2704-17-103322 | 23120827386 | 9/6/2016 | 7/21/2017 | 9/6/2017 | 10/2/2023 |
| 2704 | 2704-17-103322 | 23120834648 | 9/8/2016 | 7/21/2017 | 9/6/2017 | 10/2/2023 |
| 1703 | 2704-17-103322 | 23120898205 | 10/2/2016 | 8/18/2017 | 9/6/2017 | 10/2/2023 |
| 1703 | 2704-17-103322 | 23120898221 | 10/2/2016 | 8/18/2017 | 9/6/2017 | 10/2/2023 |
| 1703 | 2704-17-103322 | 23120898239 | 10/2/2016 | 8/18/2017 | 9/6/2017 | 10/2/2023 |
| 1703 | 2704-17-103322 | 23120898254 | 10/2/2016 | 8/18/2017 | 9/6/2017 | 10/2/2023 |
| 1703 | 1703-18-100090 | 23120966069 | 10/27/2016 | 9/8/2017 | 2/28/2018 | 10/2/2023 |
| 3901 | 1703-18-100090 | 23120975615 | 10/28/2016 | 9/8/2017 | 2/28/2018 | 10/2/2023 |
| 2704 | 1703-18-100090 | 23120976449 | 10/27/2016 | 9/8/2017 | 2/28/2018 | 10/2/2023 |
| 2704 | 1703-18-100090 | 23120978874 | 10/30/2016 | 9/15/2017 | 2/28/2018 | 10/2/2023 |
| 1703 | 1703-18-100090 | 23120984591 | 10/31/2016 | 9/15/2017 | 2/28/2018 | 10/2/2023 |

Form 1-5

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 1703 | 1703-18-100090 | 23120984617 | 10/31/2016 | 9/15/2017 | 2/28/2018 | 10/2/2023 |
| 1703 | 1703-18-100090 | 23120985119 | 10/31/2016 | 9/15/2017 | 2/28/2018 | 10/2/2023 |
| 1703 | 1703-18-100090 | 23120985135 | 10/31/2016 | 9/15/2017 | 2/28/2018 | 10/2/2023 |
| 1703 | 1703-18-100090 | 23120985168 | 10/31/2016 | 9/15/2017 | 2/28/2018 | 10/2/2023 |
| 2704 | 1703-18-100090 | 23139300961 | 3/6/2017 | 1/19/2018 | 2/28/2018 | 10/2/2023 |
| 2704 | 1703-18-100090 | 23139304021 | 3/6/2017 | 1/19/2018 | 2/28/2018 | 10/2/2023 |
| 2704 | 1703-18-100090 | 23139317791 | 3/16/2017 | 1/26/2018 | 2/28/2018 | 10/2/2023 |
| 2809 | 1703-18-100090 | 23139337567 | 3/21/2017 | 2/2/2018 | 2/28/2018 | 10/2/2023 |
| 3002 | 1703-18-100090 | 23139341148 | 3/23/2017 | 2/2/2018 | 2/28/2018 | 10/2/2023 |
| 4601 | 1703-18-100090 | 23139341395 | 3/22/2017 | 2/2/2018 | 2/28/2018 | 10/2/2023 |
| 4601 | 1703-18-100090 | 23139341502 | 3/22/2017 | 2/2/2018 | 2/28/2018 | 10/2/2023 |
| 1703 | 1703-18-100090 | 23139353549 | 3/27/2017 | 2/9/2018 | 2/28/2018 | 10/2/2023 |
| 1401 | 1703-18-100090 | 23139353622 | 3/28/2017 | 2/9/2018 | 2/28/2018 | 10/2/2023 |
| 5301 | 1703-18-100090 | 23139364751 | 4/2/2017 | 2/16/2018 | 2/28/2018 | 10/2/2023 |
| 2704 | 1703-18-100090 | 23139367051 | 3/31/2017 | 2/16/2018 | 2/28/2018 | 10/2/2023 |
| 2704 | 1703-18-100090 | 23139368299 | 4/3/2017 | 2/16/2018 | 2/28/2018 | 10/2/2023 |
| 1703 | 1703-18-100090 | 23139369545 | 4/3/2017 | 2/16/2018 | 2/28/2018 | 10/2/2023 |
| 3901 | 1703-18-100090 | 23139372218 | 4/3/2017 | 2/16/2018 | 2/28/2018 | 10/2/2023 |
| 4601 | 1703-18-100090 | 23139384189 | 4/13/2017 | 2/23/2018 | 2/28/2018 | 10/2/2023 |
| 1401 | 1703-18-100090 | 23139385897 | 4/11/2017 | 2/23/2018 | 2/28/2018 | 10/2/2023 |
| 1703 | 1703-18-100203 | 23139391713 | 4/17/2017 | 3/2/2018 | 7/9/2018 | 10/2/2023 |
| 1703 | 1703-18-100203 | 23139391788 | 4/17/2017 | 3/2/2018 | 7/9/2018 | 10/2/2023 |
| 4601 | 1703-18-100203 | 23139396068 | 4/19/2017 | 3/2/2018 | 7/9/2018 | 10/2/2023 |
| 4601 | 1703-18-100203 | 23139398031 | 4/19/2017 | 3/2/2018 | 7/9/2018 | 10/2/2023 |
| 2704 | 1703-18-100203 | 23139401850 | 4/17/2017 | 3/2/2018 | 7/9/2018 | 10/2/2023 |
| 2809 | 1703-18-100203 | 23139401884 | 4/17/2017 | 3/2/2018 | 7/9/2018 | 10/2/2023 |
| 1703 | 1703-18-100203 | 23139409200 | 4/24/2017 | 3/9/2018 | 7/9/2018 | 10/2/2023 |
| 3901 | 1703-18-100203 | 23139415520 | 4/21/2017 | 3/2/2018 | 7/9/2018 | 10/2/2023 |
| 1401 | 1703-18-100203 | 23139471440 | 5/17/2017 | 3/30/2018 | 7/9/2018 | 10/2/2023 |
| 2809 | 1703-18-100203 | 23139487123 | 5/27/2017 | 4/6/2018 | 7/9/2018 | 10/2/2023 |
| 2704 | 1703-18-100203 | 23139491950 | 5/23/2017 | 4/6/2018 | 7/9/2018 | 10/2/2023 |

Form 1-6

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 4601 | 1703-18-100203 | 23139492727 | 5/25/2017 | 4/6/2018 | 7/9/2018 | 10/2/2023 |
| 4601 | 1703-18-100203 | 23139492743 | 5/25/2017 | 4/6/2018 | 7/9/2018 | 10/2/2023 |
| 4601 | 1703-18-100203 | 23139492792 | 5/25/2017 | 4/6/2018 | 7/9/2018 | 10/2/2023 |
| 2704 | 1703-18-100203 | 23139502194 | 5/31/2017 | 4/13/2018 | 7/9/2018 | 10/2/2023 |
| 4601 | 1703-18-100203 | 23139502319 | 6/1/2017 | 4/13/2018 | 7/9/2018 | 10/2/2023 |
| 2704 | 1703-18-100203 | 23139516210 | 6/6/2017 | 4/20/2018 | 7/9/2018 | 10/2/2023 |
| 2704 | 1703-18-100203 | 23139543222 | 6/20/2017 | 5/4/2018 | 7/9/2018 | 10/2/2023 |
| 1703 | 1703-18-100203 | 23139566330 | 6/26/2017 | 5/11/2018 | 7/9/2018 | 10/2/2023 |
| 2704 | 1703-18-100203 | 23139589746 | 7/7/2017 | 5/18/2018 | 7/9/2018 | 10/2/2023 |
| 1703 | 1703-18-100203 | 23139596519 | 7/10/2017 | 5/25/2018 | 7/9/2018 | 10/2/2023 |
| 1703 | 1703-18-100203 | 23139619790 | 7/24/2017 | 6/8/2018 | 7/9/2018 | 10/2/2023 |
| 3001 | 1703-18-100203 | 23139634849 | 7/26/2017 | 6/15/2018 | 7/9/2018 | 10/2/2023 |
| 3002 | 1703-18-100203 | 23139637909 | 7/27/2017 | 6/8/2018 | 7/9/2018 | 10/2/2023 |
| 1401 | 1703-18-100203 | 23139640150 | 7/29/2017 | 6/8/2018 | 7/9/2018 | 10/2/2023 |
| 2704 | 1703-18-100203 | 23139643345 | 8/2/2017 | 6/15/2018 | 7/9/2018 | 10/2/2023 |
| 4601 | 1703-18-100203 | 23139644087 | 7/28/2017 | 6/8/2018 | 7/9/2018 | 10/2/2023 |
| 2809 | 1703-18-100203 | 23139647031 | 8/5/2017 | 6/22/2018 | 7/9/2018 | 10/2/2023 |
| 1703 | 1703-18-100203 | 23139678333 | 8/14/2017 | 6/29/2018 | 7/9/2018 | 10/2/2023 |
| 2704 | 1703-18-100203 | 23139680891 | 8/21/2017 | 7/6/2018 | 7/9/2018 | 10/2/2023 |
| 2704 | 1703-18-100203 | 23139681402 | 8/5/2017 | 6/22/2018 | 7/9/2018 | 10/2/2023 |
| 4601 | 1703-18-100203 | 23139689066 | 8/22/2017 | 7/6/2018 | 7/9/2018 | 10/2/2023 |
| 4601 | 1703-18-100203 | 23139689116 | 8/22/2017 | 7/6/2018 | 7/9/2018 | 10/2/2023 |
| 3001 | 3001-18-100122 | 23139727742 | 9/9/2017 | 7/27/2018 | 11/19/2018 | 10/2/2023 |
| 1703 | 3001-18-100122 | 23139728401 | 9/18/2017 | 8/3/2018 | 11/19/2018 | 10/2/2023 |
| 2704 | 3001-18-100122 | 23139729375 | 9/8/2017 | 7/20/2018 | 11/19/2018 | 10/2/2023 |
| 1703 | 3001-18-100122 | 23139747773 | 9/18/2017 | 8/3/2018 | 11/19/2018 | 10/2/2023 |
| 2704 | 3001-18-100122 | 23139766005 | 9/18/2017 | 8/3/2018 | 11/19/2018 | 10/2/2023 |
| 4601 | 3001-18-100122 | 23139774421 | 9/27/2017 | 8/10/2018 | 11/19/2018 | 10/2/2023 |
| 1703 | 3001-18-100122 | 23139786623 | 9/24/2017 | 8/10/2018 | 11/19/2018 | 10/2/2023 |
| 2704 | 3001-18-100122 | 23139787027 | 9/24/2017 | 8/10/2018 | 11/19/2018 | 10/2/2023 |
| 2704 | 3001-18-100122 | 23139791292 | 9/24/2017 | 8/10/2018 | 11/19/2018 | 10/2/2023 |

Form 1-7

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 2704 | 3001-18-100122 | 23139791326 | 9/24/2017 | 8/10/2018 | 11/19/2018 | 10/2/2023 |
| 4601 | 3001-18-100122 | 23139792886 | 9/26/2017 | 8/10/2018 | 11/19/2018 | 10/2/2023 |
| 4601 | 3001-18-100122 | 23139792894 | 9/26/2017 | 8/10/2018 | 11/19/2018 | 10/2/2023 |
| 3901 | 3001-18-100122 | 23139796820 | 9/28/2017 | 8/10/2018 | 11/19/2018 | 10/2/2023 |
| 1401 | 3001-18-100122 | 23139797109 | 9/30/2017 | 8/17/2018 | 11/19/2018 | 10/2/2023 |
| 2809 | 3001-18-100122 | 23139799030 | 9/29/2017 | 8/10/2018 | 11/19/2018 | 10/2/2023 |
| 3901 | 3001-18-100122 | 23139801612 | 10/2/2017 | 8/17/2018 | 11/19/2018 | 10/2/2023 |
| 2809 | 3001-18-100122 | 23139852417 | 11/4/2017 | 9/14/2018 | 11/19/2018 | 10/2/2023 |
| 1703 | 3001-18-100122 | 23139852862 | 10/20/2017 | 9/28/2018 | 11/19/2018 | 10/2/2023 |
| 3001 | 3001-18-100122 | 23139861681 | 10/28/2017 | 9/14/2018 | 11/19/2018 | 10/2/2023 |
| 2704 | 3001-18-100122 | 23139865468 | 10/30/2017 | 9/21/2018 | 11/19/2018 | 10/2/2023 |
| 3901 | 3001-18-100122 | 23139866052 | 11/8/2017 | 9/28/2018 | 11/19/2018 | 10/2/2023 |
| 2704 | 3001-18-100122 | 23139872415 | 10/27/2017 | 9/14/2018 | 11/19/2018 | 10/2/2023 |
| 1401 | 3001-18-100122 | 23139904887 | 11/19/2017 | 10/5/2018 | 11/19/2018 | 10/2/2023 |
| 2809 | 3001-18-100122 | 23139905389 | 11/17/2017 | 10/12/2018 | 11/19/2018 | 10/2/2023 |
| 4601 | 3001-18-100122 | 23139916766 | 11/21/2017 | 10/5/2018 | 11/19/2018 | 10/2/2023 |
| 1703 | 3001-18-100122 | 23139923705 | 11/21/2017 | 10/5/2018 | 11/19/2018 | 10/2/2023 |
| 3901 | 3001-18-100122 | 23139927623 | 11/26/2017 | 10/19/2018 | 11/19/2018 | 10/2/2023 |
| 3001 | 3001-18-100122 | 23139930569 | 11/29/2017 | 10/12/2018 | 11/19/2018 | 10/2/2023 |
| 2704 | 3001-18-100122 | 23139932466 | 11/27/2017 | 10/12/2018 | 11/19/2018 | 10/2/2023 |
| 2704 | 3001-18-100122 | 23139952365 | 12/13/2017 | 10/26/2018 | 11/19/2018 | 10/2/2023 |
| 2704 | 3001-18-100122 | 23139954593 | 12/13/2017 | 10/26/2018 | 11/19/2018 | 10/2/2023 |
| 3001 | 3001-18-100122 | 23139972157 | 12/24/2017 | 11/9/2018 | 11/19/2018 | 10/2/2023 |
| 3001 | 3001-18-100122 | 23139981372 | 12/25/2017 | 11/9/2018 | 11/19/2018 | 10/2/2023 |
| 4601 | 3001-18-100122 | 23139988104 | 12/26/2017 | 11/16/2018 | 11/19/2018 | 10/2/2023 |
| 4601 | 3001-18-100122 | 9UM22224132 | 11/28/2017 | 10/5/2018 | 11/19/2018 | 10/2/2023 |
| 2809 | 2809-19-100615 | 23139995547 | 12/30/2017 | 11/16/2018 | 5/10/2019 | 10/2/2023 |
| 2704 | 2704-20-119473 | 23101005193 | 3/18/2019 | 2/14/2020 | 4/2/2020 | 10/2/2023 |
| 2704 | 2704-20-119473 | 23101019319 | 3/25/2019 | 2/21/2020 | 4/2/2020 | 10/2/2023 |
| 2704 | 2704-20-119473 | 23101024079 | 3/27/2019 | 2/21/2020 | 4/2/2020 | 10/2/2023 |
| 2704 | 2704-20-119473 | 23101036115 | 4/1/2019 | 2/28/2020 | 4/2/2020 | 10/2/2023 |

Form 1-8

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 5301 | 2704-20-119473 | 23101036263 | 3/31/2019 | 2/21/2020 | 4/2/2020 | 10/2/2023 |
| 2704 | 2704-20-119473 | 23101039259 | 4/4/2019 | 2/28/2020 | 4/2/2020 | 10/2/2023 |
| 3901 | 2704-20-119473 | 23101059034 | 4/24/2019 | 3/13/2020 | 4/2/2020 | 10/2/2023 |
| 3901 | 2704-20-119473 | 23101059091 | 4/24/2019 | 3/20/2020 | 4/2/2020 | 10/2/2023 |
| 2704 | 2704-20-119473 | 23101060446 | 4/15/2019 | 3/13/2020 | 4/2/2020 | 10/2/2023 |
| 2704 | 2704-20-119473 | 23101065122 | 4/19/2019 | 3/13/2020 | 4/2/2020 | 10/2/2023 |
| 5301 | 2704-20-119473 | 23101067177 | 4/21/2019 | 3/20/2020 | 4/2/2020 | 10/2/2023 |
| 3901 | 2704-20-119473 | 23101070908 | 4/28/2019 | 3/20/2020 | 4/2/2020 | 10/2/2023 |
| 2704 | 2704-20-119473 | 23101071013 | 4/22/2019 | 3/20/2020 | 4/2/2020 | 10/2/2023 |
| 3901 | 2704-20-119473 | 23101074918 | 5/2/2019 | 3/27/2020 | 4/2/2020 | 10/2/2023 |
| 3901 | 2704-20-119473 | 23101075089 | 5/2/2019 | 3/27/2020 | 4/2/2020 | 10/2/2023 |
| 2809 | 2704-20-119473 | 23101076806 | 4/25/2019 | 3/20/2020 | 4/2/2020 | 10/2/2023 |
| 4601 | 2704-20-119473 | 23101076889 | 4/25/2019 | 3/20/2020 | 4/2/2020 | 10/2/2023 |
| 4601 | 2704-20-119473 | 23101085468 | 4/30/2019 | 3/27/2020 | 4/2/2020 | 10/2/2023 |
| 2704 | 2704-20-119473 | 23101086169 | 5/1/2019 | 3/27/2020 | 4/2/2020 | 10/2/2023 |
| 3001 | 2704-20-119473 | 23101089411 | 5/12/2019 | 3/27/2020 | 4/2/2020 | 10/2/2023 |
| 4601 | 2704-20-119473 | 23101090146 | 5/2/2019 | 3/27/2020 | 4/2/2020 | 10/2/2023 |
| 4601 | 2704-20-119473 | 23101090286 | 5/2/2019 | 3/27/2020 | 4/2/2020 | 10/2/2023 |
| 2704 | 2704-20-119473 | 23101090641 | 4/28/2019 | 3/27/2020 | 4/2/2020 | 10/2/2023 |
| 2704 | 2704-20-119473 | 23101096358 | 5/1/2019 | 3/27/2020 | 4/2/2020 | 10/2/2023 |
| 2704 | 2704-20-119473 | 23101098891 | 5/3/2019 | 3/27/2020 | 4/2/2020 | 10/2/2023 |
| 2704 | 2704-20-119473 | 23163789345 | 11/30/2018 | 11/29/2019 | 4/2/2020 | 10/2/2023 |
| 2809 | 2704-20-119473 | 23163791234 | 12/2/2018 | 11/29/2019 | 4/2/2020 | 10/2/2023 |
| 2704 | 2704-20-119473 | 23163792497 | 11/30/2018 | 11/29/2019 | 4/2/2020 | 10/2/2023 |
| 4601 | 2704-20-119473 | 23163826030 | 12/16/2018 | 12/13/2019 | 4/2/2020 | 10/2/2023 |
| 4601 | 2704-20-119473 | 23163837300 | 12/27/2018 | 11/29/2019 | 4/2/2020 | 10/2/2023 |
| 3002 | 2704-20-119473 | 23163860088 | 12/31/2018 | 11/29/2019 | 4/2/2020 | 10/2/2023 |
| 3002 | 2704-20-119473 | 23163860112 | 12/30/2018 | 11/29/2019 | 4/2/2020 | 10/2/2023 |
| 2704 | 2704-20-119473 | 23163863553 | 1/2/2019 | 11/29/2019 | 4/2/2020 | 10/2/2023 |
| 3901 | 2704-20-119473 | 23163863850 | 1/13/2019 | 12/13/2019 | 4/2/2020 | 10/2/2023 |
| 5301 | 2704-20-119473 | 23163864676 | 1/3/2019 | 11/29/2019 | 4/2/2020 | 10/2/2023 |

Form 1-9

| Port of Entry | Protest Number | Entry Number | Entry Date | Date of Liquidation | Date Protest Filed | Date Protest Denied |
|---|---|---|---|---|---|---|
| 2704 | 2704-20-119473 | 23163870178 | 1/6/2019 | 12/6/2019 | 4/2/2020 | 10/2/2023 |
| 2704 | 2704-20-119473 | 23163872075 | 1/3/2019 | 1/3/2020 | 4/2/2020 | 10/2/2023 |
| 1703 | 2704-20-119473 | 23163873693 | 1/11/2019 | 12/13/2019 | 4/2/2020 | 10/2/2023 |
| 3002 | 2704-20-119473 | 23163882629 | 1/9/2019 | 12/9/2019 | 4/2/2020 | 10/2/2023 |
| 1703 | 2704-20-119473 | 23163883130 | 1/11/2019 | 12/13/2019 | 4/2/2020 | 10/2/2023 |
| 1703 | 2704-20-119473 | 23163885226 | 1/11/2019 | 12/13/2019 | 4/2/2020 | 10/2/2023 |
| 2809 | 2704-20-119473 | 23163885440 | 1/10/2019 | 12/13/2019 | 4/2/2020 | 10/2/2023 |
| 4601 | 2704-20-119473 | 23163887230 | 1/16/2019 | 12/20/2019 | 4/2/2020 | 10/2/2023 |
| 4601 | 2704-20-119473 | 23163887370 | 1/15/2019 | 12/13/2019 | 4/2/2020 | 10/2/2023 |
| 1703 | 2704-20-119473 | 23163887503 | 1/15/2019 | 12/13/2019 | 4/2/2020 | 10/2/2023 |
| 5301 | 2704-20-119473 | 23163887560 | 1/15/2019 | 12/13/2019 | 4/2/2020 | 10/2/2023 |
| 2704 | 2704-20-119473 | 23163985299 | 3/12/2019 | 2/7/2020 | 4/2/2020 | 10/2/2023 |
| 2704 | 2704-20-119473 | 23163987105 | 3/12/2019 | 2/7/2020 | 4/2/2020 | 10/2/2023 |
| 2704 | 2704-20-119473 | 23163987139 | 3/12/2019 | 2/7/2020 | 4/2/2020 | 10/2/2023 |
| 1703 | 3002-20-101433 | 9UM11113726 | 10/9/2018 | 12/27/2019 | 4/2/2020 | 10/2/2023 |
| 1001 | 3002-20-101433 | 9UM22224579 | 9/26/2018 | 12/27/2019 | 4/2/2020 | 10/2/2023 |
| 4601 | 3002-20-101433 | 9UM22224744 | 1/29/2019 | 12/20/2019 | 4/2/2020 | 10/2/2023 |
| 2704 | 3002-20-101433 | 9UM33332908 | 3/19/2019 | 2/7/2020 | 4/2/2020 | 10/2/2023 |
| 3002 | 3002-20-101433 | 9UM44441979 | 7/24/2018 | 12/27/2019 | 4/2/2020 | 10/2/2023 |
| 3002 | 3002-20-101433 | 9UM44441987 | 7/31/2018 | 2/14/2020 | 4/2/2020 | 10/2/2023 |
| 3001 | 3002-20-101433 | 9UM44442050 | 9/12/2018 | 12/27/2019 | 4/2/2020 | 10/2/2023 |
| 3002 | 3002-20-101433 | 9UM44442381 | 5/7/2019 | 3/27/2020 | 4/2/2020 | 10/2/2023 |